1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10   ALFREDO CISNEROS,              )  CASE NO. CV 08-4363-JSL (PJW)
                                    )
11               Petitioner,        )
                                    )
12        v.                        )  ORDER ACCEPTING REPORT AND
                                    )  RECOMMENDATION OF UNITED STATES
                                    )  MAGISTRATE JUDGE AND DENYING
13   L.E. SCRIBNER, ET AL.,         )  CERTIFICATE OF APPEALABILITY
                                    )
14               Respondents.       )
                                    )
15   ───────────────────────────────)

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge and has considered *de novo* the portions of the

19   Report as to which objections have been filed.  The Court accepts the

20   Magistrate Judge's Report and adopts it as its own findings and

21   conclusions.

22        Further, for the reasons stated in the Report and

23   Recommendation, the Court finds that Petitioner has not made a

24   substantial showing of the denial of a constitutional right and,

25
26
27
28

therefore, a certificate of appealability is denied.  *See* Rules
Governing Section 2254 Cases in the United States District Courts,
Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*
*v. Cockrell*, 537 U.S. 322, 336 (2003).


DATED:      April 20, 2011 .

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Magord4363.wpd

2