UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO CISNEROS,<br><br>        Petitioner,<br><br>    v.<br><br>L.E. SCRIBNER, ET AL.,<br><br>        Respondents. | CASE NO. CV 08-4363-JSL (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>April 20, 2011</u>.

*Spencer Letts*

————————————————
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MagJ4363.wpd